THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DOMINICK CALDRELLA, Appellant.

*People* v. *Caldrella*, 171 App. Div. ——, affirmed.
(Argued November 29, 1915; decided December 14, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 5, 1915, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of criminally receiving stolen property.

*Nathan Bushnell Chadsey* and *John T. Little* for appellant.

*Charles A. Perkins, District Attorney (Robert S. Johnstone* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ. Dissenting: WILLARD BARTLETT, Ch. J., and SEABURY, J.